UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK HOTEL TRADES COUNCIL, HOTEL ASSOCIATION OF NEW YORK CITY, INC., HEALTH BENEFITS FUND, PENSION FUND, LEGAL FUND, SCHOLARSHIP FUND, INDUSTRY TRAINING FUND, AND 401(K) SAVINGS PLAN,<br><br>                         Petitioners,<br><br>                    -v.-<br><br>LUXURBAN HOTELS, INC. d/b/a The Herald powered by LuxUrban,<br><br>                         Respondent. | 25 Civ. 5900 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On July 18, 2025, Petitioners filed a petition to confirm two arbitration awards (Dkt. # 1) and a brief in support thereof (Dkt. #3). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral awards in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **September 2, 2025**. Respondent's opposition, if any, is due on **September 30, 2025**. Petitioners' reply, if any, is due **October 14, 2025**.

SO ORDERED.

Dated:  July 22, 2025
        New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge